**Electronically Filed
Supreme Court
SCPW-26-0000380
14-JUL-2026
10:03 AM
Dkt. 16 ORD**

SCPW-26-0000380

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

D.J., Petitioner,

vs.

J.D., Respondent.

_____

ORIGINAL PROCEEDING
(CAAP-25-0000391; CASE NO. 1DV121006689)

ORDER
(By: Devens, C.J., McKenna, Eddins, and Ginoza, JJ.,
and Circuit Judge Malinao, assigned by reason of vacancy)

Before this court is Petitioner's petition for writ of mandamus, filed May 15, 2026, and Petitioner's amended petition for writ of mandamus, filed May 20, 2026. These petitions sought an order directing the court reporter to file the previously-requested transcripts in Petitioner's underlying appeal. The last of the requested transcripts were filed on May 22, 2026. See CAAP-25-0000391 Dkt. 122.

It is hereby ordered:

1. The petitions for writ of mandamus are denied as moot.

2.     The motion filed on June 16, 2026, requesting to supplement the record, is denied as moot.

3.     The appellate clerk shall process the petitions without payment of the filing fee, and the filing fees collected in this proceeding shall be refunded.

DATED:  Honolulu, Hawaiʻi, July 14, 2026.

/s/ Vladimir P. Devens

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Clarissa Y. Malinao